# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————

**No. 201700154**

———————————

**UNITED STATES OF AMERICA**
Appellee

v.

**CODY S. MCCORMICK**
Private (E-1), U.S. Marine Corps
Appellant

———————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Keith A. Parrella, USMC.
Convening Authority: Commanding General, 2d Marine Logistics Group, Camp Lejuene, NC.
Staff Judge Advocate's Recommendation: Major Mark T. Schnakenberg, USMC.
For Appellant: Captain James Kresge, USMCR.
For Appellee: Brian K. Keller, Esq.

———————————

Decided 31 August 2017

———————————

Before HUTCHISON, FULTON, and SAYEGH, *Appellate Military Judges*

———————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court